UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-0012-D-5

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| DEMETRIUS DESHAUN TONEY | |

Before the Court is Defendant's motion to file Docket Entry Number 918 under seal pursuant to Local Criminal Rule 55.2.

For the reasons stated in Defendant's motion, the Court finds good cause exists. Accordingly, the motion is ALLOWED and Docket Entry Number 918 shall be filed under seal.

SO ORDERED. This 30 day of July 2020.

JAMES C. DEVER, III
United States District Judge