IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-12-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEMETRIUS DESHAUN TONEY, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES defendant's motion to unseal his plea agreement [D.E. 1120]. The Clerk of Court SHALL respond to defendant about the cost of copies and the cost to have a transcript prepared.

SO ORDERED. This 12 day of January, 2026.

JAMES C. DEVER III
United States District Judge